IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-CV-491-DCK

| | |
|---|---|
| INTERNATIONAL CONSTRUCTION EQUIPMENT, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** ) |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Roy H. Michaux, Jr., filed a "Certification of ADR Session" (Document No. 19) notifying the Court that the parties reached a settlement on December 19, 2011. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **January 23, 2012**.

Signed: December 23, 2011

David C. Keesler
United States Magistrate Judge